ACCEPTED
06-15-00082-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/31/2015 11:21:50 AM
DEBBIE AUTREY
CLERK

## NO. 6-15-00082-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | 7/31/2015 11:21:50 AM |
| **vs.** | § | **OF APPEALS** | DEBBIE AUTREY<br>Clerk |
| | § | | |
| **FRED DOUGLAS MOORE, JR.** | § | **SIXTH APPELATE DISTRICT** | |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Fred Douglas Moore, Jr., Appellant in the above styled and numbered cause, and moves this Court to grant and extension of time to file Appellant's brief pursuant to Rule 38.6 of the Texas Rules of Appellant Procedure and for good cause shows the following:

1. This case is on appeal from the 196 District Courtt, Hunt County, Texas;

2. The case below was styled *State of Texas vs. Fred Douglas Moore, Jr.* Cause Number 29,762.

3. Appellant was convicted of Robbery.

4. Appellant was sentenced to 12 years in the Texas Department of Corrections, Institutional Division.

5. Appellant's brief is currently due on July 27, 2015

6. Appellant requests an extension of time until July 31, 2015

7. No extension has previously been requested in this case.

8. Appellant is currently incarcerated.

9. Appellant relies on the following facts as good cause for the extension requested:

Appellant's attorney, Jessica Edwards, has received the record but has had insufficient time to adequately examine the record in order to effectively prepare a brief in this case.

Counsel would also show this court that, since receiving the record in this case, Appellant was on vacation and out of the office for 10 days.

**WHEREFORE, PREMISIS CONSIDERED,** Appellant prays that this Court would grant Appellant's Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Jessica Edward
Jessica Edwards SBN: 24000994
P.O. Box 9318
Greenville, Texas 75404
Tel: (903) 513-0510
Fax: (903) 200-1359
E-Mail: jessicaedwardslaw@gmail.com
Attorney for Timothy Bates

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on July 31, 2015, a true and correct copy of the above and foregoing document was served on the Hunt County District Attorney's Office, service through the efiletexas website.

/s/Jessica Edwards
Jessica Edwards